IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

v.

JIMMY LEE HIGHSMITH

_____/

SEALED
INDICTMENT

4:21cr8-MW

THE GRAND JURY CHARGES:

COUNT ONE

Between on or about March 1, 2014, and on or about April 30, 2014, in the Northern District of Florida, the defendant,

**JIMMY LEE HIGHSMITH,**

while in a Federal prison, namely, the Federal Correctional Institution in Tallahassee, did knowingly engage, and attempt to engage, in a sexual act with T.W., who was in official detention and under the custodial, supervisory, and disciplinary authority of **JIMMY LEE HIGHSMITH**, a correctional officer.

In violation of Title 18, United States Code, Section 2243(b).



FILED USDC FLND TL
FEB 2 '21 PM 4:27

## COUNT TWO

Between on or about July 5, 2018, and on or about September 3, 2018, in the Northern District of Florida, the defendant,

**JIMMY LEE HIGHSMITH,**

while in a Federal prison, namely, the Federal Correctional Institution in Tallahassee, did knowingly engage, and attempt to engage, in a sexual act with W.J. (formerly known as W.K.), who was in official detention and under the custodial, supervisory, and disciplinary authority of **JIMMY LEE HIGHSMITH**, a correctional officer.

In violation of Title 18, United States Code, Section 2243(b).

## COUNT THREE

On or about September 13, 2018, in the Northern District of Florida, the defendant,

**JIMMY LEE HIGHSMITH,**

while in a Federal prison, namely, the Federal Correctional Institution in Tallahassee, did knowingly engage, and attempt to engage, in a sexual act with

Z.C.R., who was in official detention and under the custodial, supervisory, and disciplinary authority of **JIMMY LEE HIGHSMITH**, a correctional officer.

In violation of Title 18, United States Code, Section 2243(b).

A TRUE BILL:

███████████████

FOREPERSON

2/2/2021
DATE

_[signature]_
LAWRENCE KEEFE
United States Attorney

_[signature]_
DAVID L. GOLDBERG
Assistant United States Attorney

_[signature]_
LAZARO P. FIELDS
Assistant United States Attorney