IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

v.   Case No.: 4:21cr8-MW/MAF

JIMMY LEE HIGHSMITH,

    *Defendant.*
_____/

**PROTECTIVE ORDER CONCERNING
DISCLOSURE OF RULE 16 DISCOVERY INFORMATION**

This Court has considered, without hearing, the Government's Motion for Protective Order Concerning Disclosure of Rule 16 Discovery Information, ECF No. 18. The motion is **GRANTED** as follows:

1. To aid in the exchange of discovery in this case, the Government is permitted to provide unredacted copies of its discovery materials, which contain personal identifying information, social security numbers, and sensitive medical record information of victims and witnesses, to defense counsel for review with the Defendant and the defense team.

2. Defense counsel may not provide copies of said materials to any persons outside his office except for any defense experts who are retained and/or consulted on this case (with further order that such experts are prohibited from disseminating said discovery materials outside his/her office, and upon conclusion of this case, all

discovery materials must be returned to defense counsel's office).

3. In the event it is necessary for defense counsel to provide copies of the materials to the Defendant, counsel may do so; however, prior to doing so defense counsel must redact the personal identifying information and sensitive medical record information of any victims or potential witnesses from the document.

**SO ORDERED on February 22, 2021.**

<u>s/Mark E. Walker</u>
**Chief United States District Judge**