IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CASE NO.: 4:21cr8-MW
CRIMINAL FELONY

UNITED STATES OF AMERICA,

vs.

JIMMY HIGHSMITH,

    Defendant.

_____/

## STIPULATED MOTION TO CONTINUE TRIAL

COMES NOW, the Defendant, JIMMY HIGHSMITH, by and through his undersigned counsel, R. TIMOTHY JANSEN, hereby files this Stipulated Motion to Continue Trial, and further states:

1. The trial in this matter is currently scheduled for April 26, 2021.

2. The undersigned is in the process of reviewing numerous discovery documents, which are quite voluminous. In addition, there are video tapes and transcripts that need to be reviewed and sanitized before the client can review.

3. Because of the Protective Order, the undersigned has to carefully review and sanitize information before it can be sent to the client who resides in Mississippi.

4. The undersigned is currently preparing for a complicated Public Corruption trial which consists of over 1 million documents. The trial has been continued and is scheduled for July 12, 2021. USA v. Burnette. We anticipate Pre-Trial hearings in June 2021.

5. The Government is unavailable in May 2021.

6. As such, the parties agree to continue this trial until no sooner than September 2021.

7. The undersigned has conferred with AUSA, David L. Goldberg and he has no objection to continuing this trial until no sooner than the end of September 2021.

WHEREFORE, the Defendant, JIMMY HIGHSMITH, respectfully requests that this Honorable Court grant this Motion to Continue the Trial scheduled for April 26, 2021 to late September 2021.

## **LOCAL RULE 7.1(B) CERTIFICATE**

In accordance with the Local Rules, the undersigned conferred with the other parties affected by the filing of this Motion. The Government has no objection to a continuance.

Respectfully submitted,

Dated: April 7, 2021

*/s/ R. Timothy Jansen*
R. TIMOTHY JANSEN
FL BAR NO.: 0691208
JANSEN & DAVIS, P.A.
125 N Franklin Blvd
Tallahassee, FL 32301
Telephone No.: (850) 224-1440
Fax No.: (850) 224-0381
jansen@jansenanddavis.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of April 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record as listed below.

*/s/ R. Timothy Jansen*
R. TIMOTHY JANSEN

## SERVICE LIST

Mr. David L. Goldberg, Esq.
Assistant U.S. Attorney
Office of the U.S. Attorney
United States Courthouse
111 North Adams Street, 4th Floor
Tallahassee, Florida 32301
Lazaro.fields@usdoj.gov

4