# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**UNITED STATES OF AMERICA,**

**v.**                                                            Case No.: **4:21cr8-MW/MAF**

**JIMMY LEE HIGHSMITH,**

    *Defendant.*
_____/

## ORDER GRANTING MOTION TO CONTINUE TRIAL

This Court has considered, without hearing, Defendant's motion to continue trial, ECF No. 20. The Government does not oppose the motion. This Court finds a reasonable delay of the trial is appropriate for the reasons set out in the motion, and that the ends of justice that will be served by granting the continuance outweigh the interests of the public and Defendant in a speedier trial. Accordingly, the motion is **GRANTED**. The Clerk is directed to reschedule the trial presently set for April 26, 2021 to the October 2021 trial docket.

**SO ORDERED on April 7, 2021.**

                                                                                      <u>s/Mark E. Walker</u>
                                                                                      **Chief United States District Judge**