# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**UNITED STATES OF AMERICA**

**Case No.: 4:21cr8/MW**

**v.**

**JIMMY LEE HIGHSMITH**
_____/

## NOTICE OF FILING

COMES Now, the United States of America, by and through its undersigned Assistant United States Attorneys, and submits this filing to confirm the indictment filed as ECF No. 1 requires no further redaction for jury trial purposes.

Respectfully submitted,

JASON R. COODY
ACTING UNITED STATES ATTORNEY

*/s/ David L. Goldberg*
DAVID L. GOLDBERG
Assistant United States Attorney
Member of the Maryland Bar
21 East Garden Street, Suite 400
Pensacola, FL 32502-5675

*/s/ Lazaro P. Fields*
LAZARO P. FIELDS
Assistant United States Attorney
Florida Bar No: 1004725
111 N. Adams Street, Fourth Floor
Tallahassee, FL 32301

1

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing document with the Clerk of the Court using CM/ECF on December 3, 2021, for service on all parties herein.

/s/ David L. Goldberg
DAVID L. GOLDBERG
ASSISTANT U.S. ATTORNEY