IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CASE NO.: 4:21cr8-MW
CRIMINAL FELONY

UNITED STATES OF AMERICA,

vs.

JIMMY HIGHSMITH,

Defendant.

_____/

## DEFENSE OBJECTIONS TO GOVERNMENT'S PROPOSED JURY INSTRUCTIONS

COMES NOW, the Defendant, JIMMY HIGHSMITH, by and through his undersigned counsel, R. TIMOTHY JANSEN, hereby files these objections to the Government's Proposed Jury Instructions in the above case:

1. B6-4 is not applicable to the above case.  The defendant does not have a previous felony conviction. The proper basic instruction is B6-3.

2. B6-6 is no applicable to the above case.  The defendant does not have a previous felony conviction. The proper instruction is B6-5.

3. B7 is no applicable to the above case. The government has acknowledged in writing that it is not calling an expert witness and has not given notice

under Rule FRE 702 for any such evidence/witness. B7 is not appropriate in the above case.

                                        Respectfully submitted,

Dated: April 8, 2021

                                        */s/ R. Timothy Jansen*
                                        R. TIMOTHY JANSEN
                                        FL BAR NO.: 0691208
                                        JANSEN & DAVIS, P.A.
                                        125 N Franklin Blvd
                                        Tallahassee, FL 32301
                                        Telephone No.: (850) 224-1440
                                        Fax No.: (850) 224-0381
                                        jansen@jansenanddavis.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of April 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record as listed below.

                                        */s/ R. Timothy Jansen*
                                        R. TIMOTHY JANSEN

## SERVICE LIST

Mr. David L. Goldberg, Esq.
Assistant U.S. Attorney
Office of the U.S. Attorney
United States Courthouse
111 North Adams Street, 4th Floor
Tallahassee, Florida 32301
Lazaro.fields@usdoj.gov