**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**UNITED STATES OF AMERICA**

v.                                                                               Case No. 4:21cr8/MW

**JIMMY LEE HIGHSMITH**
_____/

**MOTION TO DISMISS COUNT TWO WITHOUT PREJUDICE**

COMES Now, the United States of America, by and through the undersigned Assistant United States Attorneys, and respectfully moves the Court to dismiss Count Two of the instant indictment without prejudice. In support thereof, the following is provided:

1. On or about February 2, 2021, a federal grand jury returned a three-count indictment charging the defendant with engaging in illicit sexual acts with inmates at the Bureau of Prisons in Tallahassee, Florida. (ECF No. 1). Trial was initially set for April 26, 2021. (ECF No. 17).

2. Since that time, the trial date has been continued based upon two motions filed by the defense. (ECF Nos. 20, 21, 22, 24, 25, 26). A trial date was set for December 13, 2021. (ECF No. 26). Trial is currently scheduled for December 14, 2021. (ECF No. 30).

3. The parties have engaged in a pretrial conference with the Court and have filed all required pretrial documents. (ECF Nos. 29 – 39). The government has been diligently preparing and is ready to proceed on the current trial date. (*See* ECF No. 30).

4. Within the past several days, however, the undersigned were notified by W.J. that she cannot travel due to medical orders.[1] That is, she gave birth to a child via an unanticipated cesarean section within the past few weeks, which the government was made aware of, but is now being ordered by her treating physician not to travel for this trial (W.J. is out of state and requires a flight, or flights, to get to Tallahassee). In sum, W.J. has recently undergone major abdominal surgery and cannot get to the trial set for December 14, 2021. This has now been finally confirmed.

5. In correspondence with defense counsel, it has been made clear that the defendant will not consent to any government witness appearing remotely for projected testimony, which the government was otherwise willing to arrange. With such an objection from the defendant, the undersigned believe there are adverse constitutional issues to proceeding with

---

[1] W.J. is the victim named in Count Two. The government has been in contact with her, and she and her private counsel are well aware of the need for filing of this motion and have not provided any objection.

the remote testimony of W.J.  *See, e.g.*, *Maryland v. Craig*, 497 U.S. 836, 850 (1990); *United States v. Yates*, 438 F.3d 1307, 1315 (11th Cir. 2006) (*en banc*).

6. All of the other victims and government witnesses are prepared for the trial as currently set – including out of district and custodial witnesses, whom are all now in Tallahassee.  Thus, the government's intent is to proceed to trial on Counts One and Three as charged.  The government has engaged in lengthy internal discussions, and is now going to proceed to trial on Counts One and Three based upon multiple factors, which will actually shorten the trial length for this Court.

7. Due to the above, in nothing short of uncontrollable circumstances, the government moves to dismiss Count Two without prejudice.  After the instant trial is complete, the government can assess whether or not to file a new charging document involving W.J.  The law strongly suggests that such a request, related to a motion to dismiss, should be granted.  *United States v. Hamm*, 659 F.2d 624, 628-33 (5th Cir. 1981) (*en banc*); *United States v. Del Vecchio*, 707 F.2d 1214, 1216 (11th Cir. 1983) (*per curiam*); *United States v. Hernandez-Olea*, 407 F. Supp. 3d 1351, 1357 (M.D. Ga. 2019).

8.  The undersigned communicated this information to defense counsel prior to filing this motion.  The undersigned were informed that there is no objection to this motion by the defense.

WHEREFORE, the United States respectfully requests that this Court enter an Order granting the instant motion requesting dismissal of Count Two without prejudice.

                                        Respectfully submitted,

                                        JASON R. COODY
                                        Acting United States Attorney

                                        ***/s/ David L. Goldberg***
                                        David L. Goldberg
                                        Assistant United States Attorney
                                        Member of the Maryland Bar
                                        21 East Garden Street, Suite 400
                                        Pensacola, FL  32502-5675
                                        Phone: (850) 444-4000

                                        ***/s/ Lazaro P. Fields***
                                        LAZARO P. FIELDS
                                        Assistant United States Attorney
                                        Florida Bar No: 1004725
                                        111 N. Adams Street, Fourth Floor
                                        Tallahassee, FL 32301
                                        (850) 444-4000

5

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and thus it will be served on counsel of record, on this the 13th day of December, 2021.

/s/ David L. Goldberg
DAVID L. GOLDBERG
Assistant United States Attorney