# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**UNITED STATES OF AMERICA,**

**v.**  Case No.: 4:21cr8-MW/MAF

**JIMMY LEE HIGHSMITH,**

    *Defendant.*
_____/

## ORDER GRANTING MOTION TO DISMISS COUNT TWO

This Court has considered, without hearing, the Government's unopposed motion to dismiss Count Two of the Indictment. ECF No. 41. The motion is **GRANTED**. Count Two of the Indictment is **DISMISSED without prejudice**.

SO ORDERED on December 13, 2021.

                                              s/Mark E. Walker_____
                                              **Chief United States District Judge**