**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

UNITED STATES OF AMERICA,

    VS                                      CASE NO.  4:21cr8-MW/MAF

JIMMY LEE HIGHSMITH,

## NOTICE OF APPEAL

Notice is hereby given that Jimmy Lee Highsmith, above named defendant, hereby appeals to the United States Court of Appeals for the Eleventh Circuit the guilty verdict and sentence from the Judgment in a Criminal Case entered in this action on or about March 9, 2022.

Dated this 17th day of March, 2022.

s/Victoria Milton McGee
Victoria Milton McGee
Courtroom Deputy Clerk
United States District Court
Northern District of Florida

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Notice of Appeal was furnished via electronic mail through CM/ECF to Assistant United States Attorneys, David Goldberg and Lazaro Fields, and counsel of record for the Defendant, H. Manuel Hernandez.

s/Victoria Milton McGee
Victoria Milton McGee
Courtroom Deputy Clerk