In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 22-10901

_____

UNITED STATES OF AMERICA,

　　　　　　　　　　　　　　　　　　　　　　　Plaintiff-Appellee,

versus

JIMMY LEE HIGHSMITH,

　　　　　　　　　　　　　　　　　　　　　　　Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Florida
D.C. Docket No. 4:21-cr-00008-MW-MAF-1

_____

JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: February 6, 2023

For the Court: DAVID J. SMITH, Clerk of Court

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

March 07, 2023

Clerk - Northern District of Florida
U.S. District Court
111 N ADAMS ST
TALLAHASSEE, FL 32301

Appeal Number: 22-10901-GG
Case Style: USA v. Jimmy Highsmith
District Court Docket No: 4:21-cr-00008-MW-MAF-1

A copy of this letter, and the judgment form if noted above, but not a copy of the court's decision, is also being forwarded to counsel and pro se parties. A copy of the court's decision was previously forwarded to counsel and pro se parties on the date it was issued.

The enclosed copy of the judgment is hereby issued as mandate of the court. The court's opinion was previously provided on the date of issuance.

<u>Clerk's Office Phone Numbers</u>
General Information             404-335-6100
New / Before Briefing Cases     404-335-6135
Cases in Briefing / After Opinion   404-335-6130
Cases Set for Oral Argument     404-335-6141
Capital Cases                   404-335-6200
Attorney Admissions             404-335-6122
CM/ECF Help Desk                404-335-6125

Enclosure(s)

MDT-1 Letter Issuing Mandate